IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO: 5:20-CR-50029-001 |
| VS. | ) | |
| | ) | |
| SIMON SAW-TEONG ANG | ) | |

## **MOTION FOR CONTINUANCE**

Comes now the Defendant, Simon Saw-Teong Ang, by and through his counsel, Drew Ledbetter, and for his Motion for Continuance does state as follows:

1. This matter is currently scheduled for a Trial on November 8, 2021 at 9:00 a.m.

2. The Defendant originally had an Arraignment in this matter on July 30, 2020, over one year ago.

3. During the week of July 26, 2021 through July 30, 2021, unbeknownst to the defense, the United States Attorney's office presented a superseding indictment to the grand jury adding fifteen (15) new counts.

4. On August 2, 2021, the Defendant was arraigned on these fifteen (15) new counts.

5. The addition of the new counts will require the Defendant to prepare defenses on entirely new subject matter and will require the Defendant to hire two (2) new expert witnesses in separate disciplines.

6. Counts 43-50 are new wire fraud counts for "salary payments" wired from the University of Arkansas to the Defendant. These counts stand to confuse the jury. It is now necessary to secure an expert witness in the area of higher education administration and finance to explain how university professors are funded and

compensated. This witness will have to come from outside the University of Arkansas system.

7. Count 59, while without merit, will require the defense to procure an expert in the area of glass coating. The government's true motivation for bringing this new and unexpected count is an attempt to back-door, into the jury's consideration, the false and salacious idea that Dr. Ang was giving away trade secrets or "technology," to foreign competitors of an American company. To defend count 59 the defense will be required to explain the "technology" which is the subject matter of the alleged false statement.

8. The addition of the fifteen (15) new counts to the indictment will also lengthen the time it takes to try the case significantly. The defense estimates that an additional 3-5 days will be needed, in addition to the 10 days already scheduled.

8. Because of the sensitive nature of the new charges, and the complexity of the subject matter, the defense respectfully requests a continuance of no less than one hundred eighty (180) days to identify, interview, and hire new experts to defend against these last-minute allegations, and for said experts to analyze the issues and generate reports.

9. This motion for continuance is not for the purposes of delay, but for the means and ends of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant the Motion for Continuance.

Respectfully Submitted,
SIMON SAW-TEONG ANG

BY:/s/ Drew Ledbetter

DREW LEDBETTER
LEDBETTER | CLINE, P.L.L.C.
P.O. Box 4039
Fayetteville, AR 72702
(479) 444-7444
Supreme Court Number 2003142
drew@ledbettercline.com

## CERTIFICATE OF SERVICE

I, Drew Ledbetter, hereby certify that on the 3rd day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/EFC System which will send notification of such filing to the following:

Honorable Clay Fowlkes
United States Attorney's Office
via email to clay.fowlkes@usdoj.com

                                                            /s/ Drew Ledbetter
                                                          DREW LEDBETTER