## FW:

**Fowlkes, Clay (USAARW)**  
To: Drew Ledbetter

Thu, Mar 25, 2021 at 2:39 PM

Drew,

Simon knows this guy (we can show this clearly from our evidence on Simon's case). I have strong suspicions that this guy may have actually been on campus at the University of Arkansas as Simon's guest. This is an example of "other cases" that Simon could have helped us with. There are others, but Simon could have helped with this one and gotten credit for it. He can't now, as this guy has already entered a guilty plea. Is there any movement from Simon on a potential plea/cooperation? Do you have any additional thoughts on the plea agreement or loss amount? I am still planning to go forward with our plan to supersede the indictment on April 27-28.

Thanks,

Clay

---

**From:** Willett, Jonathan (LR) (FBI)  
**Sent:** Thursday, March 25, 2021 2:30 PM  
**To:** Fowlkes, Clay (USAARW)      Tompkins, Taylor C. (LR) (FBI)  
**Subject:**

https://www.cnn.com/2021/01/14/us/nasa-scientist-guilty-chinese-program/index.html

Jonathan Willett

Special Agent

Federal Bureau of Investigation

Little Rock Field Office – Fayetteville RA



EXHIBIT A

## Proposed Plea Agreement

**Fowlkes, Clay (USAARW)**  Mon, Mar 8, 2021 at 8:58 AM
To: Drew Ledbetter
Cc: "Times, Nicole M. (USAARW)"

Drew,

Please find attached to this message a proposed plea agreement on the Simon Ang case. I believe you have a copy of my "best guess" on what the sentencing guidelines would seem to recommend, but please let me know if you need me to send you another copy. I did not include the loss stipulation in this plea agreement, as I don't think we are in agreement on that at the moment.

I wanted to give you a couple of other updates as well. First, we do intend to supersede the indictment on this case, assuming that Mr. Ang does not sign this plea agreement. The superseding indictment will be based on new evidence recovered from the previously encrypted drive, as well as records that were not available to us at the time of the indictment. The charges we are considering are money laundering, making false statements, and potential criminal tax violations. Please don't take this as a guarantee that all those charges will appear on the superseding indictment, I just wanted you to know that these are the charges we are looking at based on the evidence available to us right now.

Second, I am working on providing you a "searchable" copy of the remaining forensic evidence in this case. I should have this ready for you tomorrow. This is evidence that was previously disclosed, but it now in a more user-friendly, searchable format. It includes the forensic review files from Mr. Ang's cell phones and other electronic devices.

Finally, I don't know when you are planning to meet with Mr. Ang again, but I am hoping that you can provide a time frame for the plea agreement. We are trying to schedule a grand jury two weeks from tomorrow. Would it be possible for you to give us an answer on the plea agreement before then? I don't know that we will be ready to supersede the indictment at that time, but it would certainly help in our planning.

As always, please let me know if you have any questions.

Thanks,

Clay

📎 **Simon Ang Plea Agreement FINALCOPY.pdf**
264K



## FW:

**Drew Ledbetter** ·                                                          Thu, Mar 25, 2021 at 3:33 PM
To: "Fowlkes, Clay (USAARW)"
Cc: Drew Ledbetter

Hello Clay,

We have tabled the discussion on plea/cooperation until we have all the discovery in our possession. We are still waiting on FBI reports from the last round of discovery, and I'm still anticipating another 5TB from you soon.

Let me know what the timeline is when you can. I'm anxious to make some decisions.

-Drew

Sent from my iPhone

> On Mar 25, 2021, at 2:39 PM, Fowlkes, Clay (USAARW),



Fri, May 14, 10:31 AM

Some of the documents that are included in your powerpoint I can't access in my discovery

It's probably user error on my part, but it's making me uneasy that I can't access it this late in the case

For example the 2/17/2017 document regarding the "consultation fee" should be on both the encrypted drive and his emails. I cannot access it either place

Do you have someone on staff that I could send Courtney over to sit with, and walk her through how to access these documents?



EXHIBIT D

Mon, May 24, 3:00 PM

Any word on hot docs?

I'm working on it- I may have an even better idea that I'm also waiting on word from my colleagues about



Fri, May 28, 12:32 PM

> Are you in the office today

I had to come down tot FS for meetings, so I'm down here

What's up?

> I was going to bring you some of my work product. I'm hoping that if I show you mine you will show me yours

> Not urgent, but let's hook up early next week

I'm in Florida all week, but I definitely want to meet as soon as possible. Sorry about next week, man

> 👍 have fun and wear sunscreen


EXHIBIT F

> Are you able to give me the hot docs yet?
>
> I'm getting antsy and I'm feeling like I need to set up a meeting with the judge about my discovery and translation issues before I leave town.

I'm getting antsy also. Any word on a proffer? Any word on a counter offer to my plea offer from January?

> I can't counter offer until I understand the discovery. I need the hot docs before we can give you an answer on either proffer or plea
>
> What is your timeline on identifying these docs?

You told the court that we are "having some issues" with discovery in this case. What part of Rule 16 do you allege that we have not yet complied with?

EXHIBIT G