IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**V.**                              **CASE NO. 5:20-CR-50029-001**

**SIMON SAW-TEONG ANG**                                        **DEFENDANT**

## ORDER

Before the Court is Defendant Simon Saw-Teong Ang's Motion for Continuance filed August 3, 2021 (Doc. 41). Counsel for Plaintiff was contacted and has no objection to this continuance.

IT APPEARING to the Court that a continuance is appropriate, it is ORDERED that the Motion be, and it is hereby, **GRANTED**, and the case is reset for a JURY TRIAL to commence at the call of court during its trial term beginning on **FEBRUARY 7, 2022, at 9:00 a.m.** A pretrial conference shall be conducted on **JANUARY 27, 2022, at 9:00 a.m.**

**The Court will enter an Amended Pretrial Scheduling Order setting related deadlines.**

The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The time between the trial date of November 8, 2021, and the reset trial term of February 7, 2022, which potentially extends

through February 11, 2022, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED** this 24th day of August, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE