IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:20-CR-50029-001 |
| | ) | |
| SIMON SAW-TEONG ANG | ) | |
| aka HONG SIZHONG | ) | |
| | ) | |

## GOVERNMENT'S NOTICE OF EXPERT WITNESSES TO TESTIFY AT TRIAL

Comes now the United States of America, by and through David Clay Fowlkes, Acting United States Attorney for the Western District of Arkansas, and files this Notice, pursuant to Fed. R. Crim. P. 16(a)(1)(G), regarding potential expert testimony which the Government anticipates introducing during trial. For all matters relevant, the United States maintains the following:

1. This matter is set for a jury trial beginning February 7, 2022.

2. Pursuant to its continuing discovery obligations under Federal Rule of Criminal Procedure 16(a)(1)(G) and the Court's scheduling orders, the United States has disclosed potential expert testimony to the Defendant. The disclosures are attached hereto as Attachment A[1]. In the attached disclosures, the Government has identified the following potential expert witnesses.

**A.   Catherine K.S. Chang, Jinsuo Wang, and Jason Wang, FBI Linguists**

Evidence in this case includes documents, videos, and other media written or spoken in Mandarin Chinese. As the Defendant has been aware since May of 2021, the Government has retained the services of linguists employed by the Federal Bureau of Investigation to conduct

---

[1] The disclosures provided to the Defendant in this case also include CVs for all the identified expert witnesses. However, for the purpose of this public ECF filing, the United States has redacted the expert witness CVs from this attachment.

official translations of the materials it anticipates introducing in its case-in-chief. These materials have been produced to the Defendant on a rolling basis since early October 2021, when the official translations were first received by the Government. In the event the Defendant will not stipulate to the fairness and accuracy of the translations of these materials, the United States anticipates eliciting testimony from the three linguists that performed the translations, whose identities the Government recently learned: Catherine K.S. Chang, Jinsuo Wang, and Jason Wang.

**B.      Emily Weinstein, Independent Consultant on PRC Talent Programs**

The Superseding Indictment in this case alleges, in part, (i) that the Defendant participated in several "talent programs" sponsored by the People's Republic of China (PRC) for which he received salary payments and other benefits, and (ii) that he failed to disclose his participation in those programs to the University of Arkansas, NASA, and the United States Air Force, among others, as he was required to do. Recently, the Defendant has suggested that he will argue at trial that he never received compensation for participating in these programs. Accordingly, the United States anticipates calling Emily Weinstein, an independent consultant who has extensively studied PRC talent programs and maintains the first and only database cataloguing these programs. Her testimony will help the jury understand the context of the PRC talent programs in which the Defendant participated and their characteristics, including the payment of salaries and other incentives to program recipients.

**C.      Layne Gimnich, FBI Digital Forensic Examiner**

Evidence in this case includes electronic documents and other media recovered from an encrypted hard drive belonging to the Defendant. Layne Gimnich extracted the media from the hard drive and provided it to the prosecution team in this case. He is expected to testify about the manner in which he extracted the evidence from the hard drive. The United States believes that

Mr. Gimnich's testimony should be received as non-expert fact testimony or lay opinion testimony pursuant to Federal Rules of Evidence 701.   But in the event that the Court disagrees, the United States discloses Mr. Gimnich to the Defendant.

3.   Given that trial is 90 days away, these disclosures do not prejudice Defendant.

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

*/s/ Clay Fowlkes*

Clay Fowlkes
Acting U.S. Attorney
Arkansas Bar No. 2003191
414 Parker Avenue
Fort Smith, AR 72901

**CERTIFICATE OF SERVICE**

I, Clay Fowlkes, Acting U.S. Attorney for the Western District of Arkansas, hereby certify that on November 10, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following:

Drew Ledbetter, Courtney Cline, Kimberly Weber, and Stuart Cearley, attorneys for the Defendant.

*/s/ Clay Fowlkes*
Clay Fowlkes
Acting U.S. Attorney