IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                    CASE NO. 5:20-CR-50029-001

SIMON SAW-TEONG ANG                                                                          DEFENDANT

## ORDER

Before the Court is the Government's Motion for Disclosure of Evidence (Doc. 48). Defendant Simon Saw-Teong Ang did not file a response of record. According to the Motion, the Government provided discovery to Mr. Ang pursuant to the Pretrial Scheduling Order (Doc. 22) but did not receive any reciprocal discovery as contemplated by Federal Rule of Criminal Procedure 16(b). The Pretrial Scheduling Order at Paragraph II.D. states that once the Government has provided Rule 16 disclosures, it "may seek reciprocal disclosures under Rule 16(b)" and Mr. Ang must produce the requested material within five days; the Order further "encourages" Mr. Ang to provide early disclosure of expert witness summaries as described in Federal Rules of Evidence 702, 703, and 705 and witness statements as per Federal Rule of Criminal Procedure 26.2(a) in order "to avoid any unnecessary delay in the trial of this case." (Doc. 22, pp. 4–5). **IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED**, and Mr. Ang is directed to produce all requested materials, to the extent he has not already done so.

IT IS SO ORDERED on this 15th day of November, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE