IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:20-CR-50029-001 |
| | ) | |
| SIMON SAW-TEONG ANG | ) | |
| aka HONG SIZHONG | ) | |
| | ) | |

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESSES TO TESTIFY AT TRIAL

The United States of America, by and through David Clay Fowlkes, United States Attorney for the Western District of Arkansas, files this notice regarding potential expert testimony that the government anticipates introducing at trial. For all matters relevant, the United States maintains the following:

1. This matter is set for a jury trial beginning February 7, 2022.

2. Pursuant to its continuing discovery obligations under Federal Rules of Criminal Procedure 16(a)(1)(G) and the Court's scheduling orders, the United States has supplemented its expert disclosures, attached hereto as Attachment A.[1]

3. In particular, the United States recently retained a fourth FBI linguist, Chiahao Wu, in order to expedite the preparation of its translations of exhibits written in whole or in part in Chinese. As with the other three linguists previously disclosed, the United States anticipates eliciting testimony from Mr. Wu that his translations of exhibits written or spoken in Chinese are fair, accurate, and complete.

---

[1] The disclosures provided to the Defendant in this case also include a CV for the newly identified expert witness, Chiahao Wu. However, for purposes of this filing, the United States has redacted his CV from this attachment.

4.  In the attached supplemental disclosures, the United States has also provided additional information about the opinions and topics upon which two of its previously disclosed experts will testify. Specifically, the United States expects that the testimony of Mr. Jinsuo Wang regarding the fairness, accuracy, and completeness of his translations will include explanation of the differences between the defendant's Malaysian name, Simon Saw-Teong Ang, and his Chinese name, Hong Sizhong. In addition, the United States expects that Ms. Emily Weinstein's testimony regarding Chinese talent plans and open source research will include testimony that certain open source materials she has reviewed are consistent with the defendant's participation in various Chinese talent plants. The United States maintains that its previous disclosures provided sufficient notice of this anticipated testimony, but provides this additional information as a courtesy to the Defendant.

5.  Given that trial is more than 55 days away, and given that the supplemental disclosures do not change the scope of the United States' anticipated expert testimony, this notice does not prejudice the Defendant.

    Respectfully submitted,

    DAVID CLAY FOWLKES
    UNITED STATES ATTORNEY

    */s/ Clay Fowlkes*
    Clay Fowlkes
    United States Attorney
    Arkansas Bar No. 2003191
    414 Parker Avenue
    Fort Smith, AR 72901

**CERTIFICATE OF SERVICE**

      I, Clay Fowlkes, United States Attorney for the Western District of Arkansas, hereby certify that on December 13, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following:

    Drew Ledbetter, Courtney Cline, Kimberly Weber, and Stuart Cearley, attorneys for the Defendant.

*/s/ Clay Fowlkes*
Clay Fowlkes
United States Attorney