IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO: 5:20-CR-50029-001 |
| VS. | ) | |
| | ) | |
| SIMON SAW-TEONG ANG | ) | |

**MOTION IN LIMINE TO PREVENT THE USE OF "AKA HONG SIZHONG"**

Comes now the Defendant, Simon Saw-Teong Ang, by and through his counsel, Drew Ledbetter, and for his Motion in Limine, states the following:

1. That this Court has jurisdiction of the parties and the subject matter contained herein.

2. That a Superseding Indictment was filed on July 28, 2021 and in the caption it refers to Defendant Simon Saw-Teong Ang as "aka Hong Sizhong."

3. This "aka" allegation is actually a charge in the Indictment, Count Fifty-Six. The Government must prove that Defendant, Simon Saw-Teong Ang, used this "aka;" and willfully and knowingly failed to disclose this "aka;" and thereby, made a false statement for the purpose of causing issuance of a passport for his own use.

4. To read this caption to the jury panel, as presently used in the Superseding Indictment, would violate Defendant's right to a fair trial and give credence to a Count in the Superseding Indictment that must be proven by a reasonable doubt to the jury.

WHEREFORE, the Defendant, SIMON SAW-TEONG ANG, respectfully asks this Court to grant his Motion in Limine in the above-referenced matter and to prohibit the Government, or any of its agents or witnesses, through exhibits or statements, from referencing "aka Hong Sizhong," as the caption of the case during the course of the trial in front of the jury.

Respectfully Submitted,
SIMON SAW-TEONG ANG

BY:/s/ Drew Ledbetter
DREW LEDBETTER
LEDBETTER | CLINE, P.L.L.C.
P.O. Box 4039
Fayetteville, AR 72702
(479) 444-7444
Supreme Court Number 2003142
drew@ledbettercline.com

## CERTIFICATE OF SERVICE

I, Drew Ledbetter, hereby certify that on the 3rd day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/EFC System which will send notification of such filing to the following:

Honorable Clay Fowlkes
United States Attorney's Office
via email to clay.fowlkes@usdoj.com

/s/ Drew Ledbetter
DREW LEDBETTER

2