IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA )
) CRIMINAL NO: 5:20-CR-50029-001
VS. )
)
SIMON SAW-TEONG ANG )

**MOTION IN LIMINE TO PREVENT REFERENCE TO THE "THOUSAND TALENT PROGRAM"**

Comes now the Defendant, Simon Saw-Teong Ang, by and through his counsel, Drew Ledbetter, and for his Motion in Limine, states the following:

1. That this Court has jurisdiction of the parties and the subject matter contained herein.
2. That Defendant was a participant in the "Thousand Talent Program." This program is an international program and its primary objective is to support scholars in scientific research, innovation and entrepreneurship. It was established by the government of China in 2008.
3. This program, also referred to as the Thousand Talents Plan or Overseas High-Level Talent Recruitment Program, has about seven thousand participants, including educators at the University of Arkansas.
4. That there are no United States laws, codes or regulations that prohibit Americans such as Defendant from participating in this program.
5. Moreover, Defendant is NOT charged with any crime for his participation in the program.
6. It is anticipated that the Government intends to use Defendant's affiliation with the program with nefarious, prejudicial, inflammatory and/or politicized purposes, only.

7. Defendant's participation, in the Thousand Talent Program, was known in his department at the University of Arkansas. Defendant told investigators that he was involved in the legitimate program.
8. However, it was not until June 7, 2021, that the University of Arkansas required disclosure participation in the program. This is commiserate with Donald Trump's Presidential Memorandum #33 of January 14, 2021. There are no allegations in the Superseding Indictment that by Defendant's participation in the program, he committed a crime.
9. That Defendant asserts that any evidence or testimony regarding the Thousand Talent Program is not relevant to the proceedings.
10. If this request is not granted, the Defendant will be necessarily required to argue the motives and selective prosecution of the Defendant by the Government and the Department of Justice's "China Initiative." The China Restriction Policy of Public Law 112-55, Section 539 has since been addressed for repeal by the 2022 Proposed Budget, in its entirety, by the present Executive of the United States. The Department of Justice, Office of Legal Counsel, determined that this law was unconstitutional due to its restriction of diplomacy by the President, dated September 19, 2011.

WHEREFORE, the Defendant, SIMON SAW-TEONG ANG, respectfully asks this Court to grant his Motion in Limine in the above-referenced matter and to prohibit the Government, or any of its agents or witnesses, through exhibits or statements, from referencing the Thousand Talent Program in its case in chief.

Respectfully Submitted,
SIMON SAW-TEONG ANG

BY:/s/ Drew Ledbetter
DREW LEDBETTER
LEDBETTER | CLINE, P.L.L.C.
P.O. Box 4039
Fayetteville, AR 72702
(479) 444-7444
Supreme Court Number 2003142
drew@ledbettercline.com

**CERTIFICATE OF SERVICE**

I, Drew Ledbetter, hereby certify that on the 3rd day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/EFC System which will send notification of such filing to the following:

Honorable Clay Fowlkes
United States Attorney's Office
via email to clay.fowlkes@usdoj.com

/s/ Drew Ledbetter
DREW LEDBETTER