IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO: 5:20-CR-50029-001 |
| VS. | ) | |
| | ) | |
| SIMON SAW-TEONG ANG | ) | |

**MOTION IN LIMINE TO ALLOW TESTIMONY BY ZOOM**

Comes now the Defendant, Simon Saw-Teong Ang, by and through his counsel, Drew Ledbetter, and for his Motion in Limine, states the following:

1. That this Court has jurisdiction of the parties and the subject matter contained herein.

2. That this matter is set for trial on February 7, 2022, during an international health pandemic.

3. Within the past week, thousands of flights have been canceled as the Omicron variant continues to spread throughout the United States. As of December 31, 2021, 1,500 flights had been canceled, with an additional 2,600 flights that have been delayed.

4. That some necessary witnesses live outside the state of Arkansas and outside of the United States.

5. That it is anticipated that travel may be disrupted, or impossible for some witnesses to reach Fayetteville, Arkansas on the day of their anticipated testimony.

6. That allowing some witnesses to testify by Zoom and/or other video chat services would prevent delay and allow the trial to continue, if circumstances arise that prevent some witnesses from traveling to Fayetteville, Arkansas.

WHEREFORE, the Defendant, SIMON SAW-TEONG ANG, respectfully asks this Court to grant his Motion in Limine to allow testimony by Zoom, or other video chat services, in the

event a witness cannot travel due to the COVID-19 Pandemic.

Respectfully Submitted,
SIMON SAW-TEONG ANG

BY:/s/ Drew Ledbetter
DREW LEDBETTER
LEDBETTER | CLINE, P.L.L.C.
P.O. Box 4039
Fayetteville, AR 72702
(479) 444-7444
Supreme Court Number 2003142
drew@ledbettercline.com

## CERTIFICATE OF SERVICE

I, Drew Ledbetter, hereby certify that on the 3rd day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/EFC System which will send notification of such filing to the following:

Honorable Clay Fowlkes
United States Attorney's Office
via email to clay.fowlkes@usdoj.com

/s/ Drew Ledbetter
DREW LEDBETTER