IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA    )
                            )   CRIMINAL NO: 5:20-CR-50029-001
VS.                         )
                            )
SIMON SAW-TEONG ANG         )

**AMENDED
SENTENCING MEMORANDUM**

**COMES NOW,** the Defendant, Simon Saw-Teong Ang, and for his Sentencing Memorandum states as follows:

The Defendant humbly requests that this court accept and honor the agreement that was proposed to the court on January 21, 2022. Although there still are, and will always be, many aspects of this case that the Defendant and the Government will never agree on, they do stand together in their request that the court accept the plea agreement as proposed. In this sentencing memorandum the Defendant will very briefly touch on a few relevant points to the 18 U.S.C. §3553(a), factors, but the defendant will not attempt to advocate his position on facts relevant to the charges which are anticipated to be dismissed.

The Defendant, Dr. Simon Saw-Teong Ang, is sixty-five (65) years of age. Dr. Ang broke the law by making a false statement to FBI agents, and he has taken responsibility for his conduct. Dr. Ang has no prior criminal history. Dr. Ang has been a productive faculty member at the University of Arkansas for thirty-two (32) years. Dr. Ang suffers from chronic health problems, including diabetes and high blood pressure. Dr. Ang is a hardworking man committed to his family, his jobs, and his students. Dr. Ang is a loyal, United States citizen, and he raised his three

adult children to serve the United States of America in the Federal Bureau of Investigation, Army, and Navy.

Dr. Ang was hired as an assistant professor at University of Arkansas in 1988. As a relatively young professor, in 1994, Dr. Ang was awarded the prestigious University of Arkansas Alumni Association Distinguished Achievement Award in Teaching. (Please see Attached Exhibit "1.") Dr. Ang also received the University of Arkansas College of Engineering Research Accomplishment Awards for graduating the highest number of doctoral students in 2018 and 2019. (Please see Attached Exhibit "2.") Dr. Ang holds some of the world's top international accolades in his field, including awards of professional fellowships in four international professional organizations. (Please see attached Exhibits "3-6."). Dr. Ang had the equivalent of two full-time jobs at the University of Arkansas – a professorship and the High-Density Electronics Center director as a joint appointment beyond his regular duties. (Please see attached Exhibits "7-8.") Dr. Ang consistently was among the top faculty performers. (Please see Attached Exhibits "9-12.")

Dr. Ang asked his clients whom he consulted with to donate his private consulting fees to the University of Arkansas Foundation to benefit University's programs. Dr. Ang consulted to Ford Motor Company, in Detroit, for fixed consulting fees, totaling $45,000. Dr. Ang requested Ford Motor Company to donate these personal consulting fees to the University of Arkansas Foundation account 30-****** (Please see Attached Exhibits 13-15."). Dr. Ang spent more than one hour each week for around one year to earn this $45,000 using his personal time for donation. Dr. Ang consistently asked his clients to donate his personal consulting money directly to the University of Arkansas to benefit the University's programs. Over his thirty-two (32) year career at the University of Arkansas, four (4) University of Arkansas Foundation accounts were estimated

to receive more than a few hundred thousand dollars with a balance of $158,819.94 in 2015. (Please see Attached Exhibit "16.")

Dr. Ang has helped many students over the years. His role as teacher and mentor has not stopped at the classroom. Dr. Ang has continued to help his students innovate as they enter the work force.

Furthermore, for the Court's consideration, attached to this memorandum as additional exhibits, are letters of support. (Please see Attached Exhibits "17-24.")

Dr. Ang humbly asks this Court to accept the plea arrangement that was proposed on January 21, 2022. Dr. Ang further requests that the Court recommend that Dr. Ang be housed in Texarkana, Arkansas, or as close to Texarkana, Arkansas as possible. Dr. Ang also humbly requests that he be allowed to transport himself to the facility for turn in.

WHEREFORE, the Defendant, Dr. Simon Saw-Teong Ang, respectfully requests this Court to accept the proposed sentence in accordance with the Plea Agreement.

                                                RESPECTFULLY SUBMITTED,
                                                SIMON SAW-TEONG ANG,
                                                DEFENDANT

BY:   /s/ Drew Ledbetter
        DREW LEDBETTER
        LEDBETTER | CLINE, P.L.L.C.
        P.O. Box 4039
        Fayetteville, AR 72702
        (479) 444-7444
        Supreme Court Number 2003142

**CERTIFICATE OF SERVICE**

I, Drew Ledbetter, attorney of record for the Defendant, I electronically filed the foregoing with the Clerk of Court using CM/ECF System which will send electronic notification and conventional notification to the following:

Hon. Clay Fowlkes
U.S. Attorney
via email: Clay./Fowlkes@usdoj.gov

on this the 9th day of June, 2022.

                                                   /s/ Drew Ledbetter
                                                   Drew Ledbetter