OCTOBER 1994
VOL.5 NO.14

CAMPUS NEWS FOR FACULTY AND STAFF OF THE UNIVERSITY OF ARKANSAS FAYETTEVILLE

# THE UNIVERSITY

## On the Network

### Looking for Information?

Mullins Library hours? The academic calendar? They are as close as a few finger taps on your office or home computer or in a general-access computer lab.

*For a list of those labs, see page 3.*

See page three for user tips and insights into the growing world of network computing on the UA campus.

Look for more campus news on the information highway.

### News Notes

**Appointment**

Richard A. Cottrill, who served the campus as associate vice chancellor for human resources and administration since 1989, has accepted a request to provide analysis in two administrative areas needing immediate attention, said James L. Isch, vice chancellor for finance and administration.

In his new capacity,

## Admissions Standards Aid Retention

### 1994 Fall Enrollment At A Glance

- Total 2% to 14,659
- Doctoral 3%
- Freshman 8%
- Transfer 9%

- Freshmen with ACT scores of **24** or better went up **7.3%**.
- **90%** of the growth in this year's freshman class is made up of students with ACT scores of **20** or higher. (The state average is 20.1.)
- Continuing student enrollment is up, while readmissions are down, indicating more students stayed in school
- Undergraduate enrollment — **12,085**
- Graduate enrollment (including law) — **2,574**

**By Julie Kegley**

Fall 1994 enrollment figures confirm that the new admissions standards implemented last fall are working.

Chancellor Dan Ferritor said that the increase in enrollment can be attributed to retaining students previously enrolled and college-level work.

"They are successful in their freshman year, so they come back to continue working toward their degrees," Ferritor said.

Doctoral student enrollment is higher and master's enrollment has held steady. A 3 percent increase in doctoral enrollment re-emphasizes the University's unique role as the leader in

The official fall enrollment is 14,659, up from 14,407 in 1993, almost 2 percent. Undergraduates account for 12,085 of the total enrollment, up from 11,507 last year, a 5 percent increase.

The number of new students enrolled in the Fulbright College of Arts & Sciences honors program, one of three honors programs on campus, has nearly

## Three Named Top Faculty


Simon Ang

This year's Faculty Distinguished Achievement Awards, presented by the Arkansas Alumni Association, will go to Simon Ang, electrical engineering, for teaching; Gregory Salamo, physics, for research; and Randall Woods, history, for teaching and research. Each award carries a $1,500 prize and will be presented at the annual awards dinner Oct. 14.

Simon Ang has been one of electrical engineering's outstanding teachers and researchers since he joined the faculty six years ago. An active researcher and primary contributor to the High Density Electronics Center (HiDEC), he previously was named an outstanding faculty member by the College of Engineering and his department.

Gregory Salamo is rec-

Gregory Salamo



EXHIBIT [tabbies]

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Shelley G. Wilmoth |
| **To:** | Simon S. Ang |
| **Cc:** | Sharon Brasko; Connie Jo Howard |
| **Subject:** | Research Accomplishment Grant |
| **Date:** | Monday, May 13, 2019 10:12:41 AM |
| **Attachments:** | Travel Proposal Request Form V2.pdf |

Dear Dr. Ang,

In conjunction with your faculty research accomplishment recognized during the Spring 2019 College of Engineering meeting, you have been awarded a $1,000 travel reimbursement grant! In order to receive the travel reimbursement grant a Travel Authorization using a departmental or RIF cost center number must be entered into BASIS and the attached Travel Grant Request form must be completed, signed and returned to Ms. Rifi Raindriati in the Dean's Office by <u>December 31, 2019</u>. Travel can occur any time between now and June 30, 2020. Reimbursement will be made to the departmental or RIF cost center number indicated on the Travel Authorization.

Sincerely,

Shelley

*Shelley Wilmoth*

Engineering Research Coordinator, College of Engineering

Fayetteville, AR  72701

EXHIBIT
3



# CITY AND GUILDS OF LONDON INSTITUTE

*Incorporated by Royal Charter*

This Diploma certifies that the Council of the Institute has conferred upon

*Professor* Simon Saw-Teong Ang
PhD PG FIET CGIA

# FELLOWSHIP

of the City and Guilds of London Institute
in recognition of outstanding professional and personal achievement

## 2007

Michael Howell

Chairman of Council

Director-General

**EXHIBIT** 4



# The Institution of Engineering and Technology

Founded 1871 Incorporated by Royal Charter 1921

This is to certify that

## *Professor Simon S Ang*

was made a

### *Fellow*

of the Institution of Engineering and Technology
on the 26th February 2007

On behalf of the Institution
this 20th day of April 2007



President     Member of the Board of Trustees     Chief Executive and Secretary







EXHIBIT 5

IEEE Certifies that Dr. Simon Saw-Teong Ang has been elevated to the grade of Fellow for contributions to education power electronics and microelectronics packaging education

President
Secretary

1 January 2011

EXHIBIT



*In recognition of contributions to the advancement of science and technology, for leadership in electrochemical and solid state science and technology and for active participation in the affairs of The Electrochemical Society, Inc.*

## Simon S. Ang

has been elected to the position of

# FELLOW

of

# The Electrochemical Society, Inc.

WITNESS OUR HAND AND SEAL IN
WASHINGTON D.C. ON THE EIGHTH OF
OCTOBER, TWO THOUSAND SEVEN



*Barry R. MacDougall*
President

*[signature]*
Secretary



# UNIVERSITY OF ARKANSAS

## DEPARTMENT OF ELECTRICAL ENGINEERING

### MEMORANDUM

TO:       Simon Ang

FROM:     Juan Carlos Balda

DATE:     July 26, 2010

SUBJECT:  Workload Assignment for Fall 2010

Your workload assignment for the Fall 2010 semester is as follows:

1. Teaching

    ELEG 4061
    ELEG 4073

    Supervise graduate students, improve existing courses and laboratories, develop new courses and laboratories, advise students, publish educational papers/books, etc.

2. Research

    Conduct research, submit research proposals, write technical articles and/or books for publications, make technical presentations at professional meetings, etc.

3. Service

    Activities related to the position of HiDEC Director; committee activity on and off campus, consulting and advising to the public, state and national professional service, etc.

At the present time I do not anticipate any changes. However, if changes become necessary, I will notify you as soon as possible.



Ang's University of Arkansas Jobs

ENGR - 1193 (Spring 2019) Survey
1 - 1193 (2019)

University of Arkansas — UARK

| Course: | ELEG 5273 001 - ELECTRONIC PACKAGING | Department: | ELEG |
|---|---|---|---|
| Responsible Faculty: | Simon Ang | Responses / Expected: | 14 / 20 (70%) |
| Overall Mean: | 4.86 5 Point Likert Scale (153 responses) <br> 4.85 Excellent to Very Poor (27 responses) | | |

### ELEG 5273 - 001

| Demographics | | COE | COE | DBC | FJS | JWF | SMW | SOL | GS | U | Course N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | Your College: | 0 | 13 / 92.9% | 0 | 0 | 1 / 7.1% | 0 | 0 | 0 | 0 | 14 |

Responses:
[COE] College of Education and Health Professions=1
[COE] College of Engineering=2
[DBC] Dale Bumpers College of Agricultural, Food and Life Sciences=3
[FJS] Fay Jones School of Architecture and Design=4
[JWF] J. William Fulbright College of Arts and Sciences=5
[SMW] Sam M. Walton College of Business=6
[SOL] School of Law=7
[GS] Graduate School=8
[U] UNDECLARED=9

| Demographics | | A | B | C | D | F | Course N |
|---|---|---|---|---|---|---|---|
| Q2 | Expected grade | 13 / 92.9% | 1 / 7.1% | 0 | 0 | 0 | 14 |

Responses: [A] A/PASS=5 [B] B=4 [C] C=3 [D] D=2 [F] F/FAIL=1

| Demographics | | F | S | J | S | G | O | Course N |
|---|---|---|---|---|---|---|---|---|
| Q3 | Your class | 1 / 7.1% | 0 | 0 | 0 | 13 / 92.9% | 0 | 14 |

Responses: [F] Freshman=1 [S] Sophomore=2 [J] Junior=3 [S] Senior=4 [G] Graduate=5 [O] Other=6

| Demographics | | YES | NO | Course N |
|---|---|---|---|---|
| Q4 | Course required | 11 / 78.6% | 3 / 21.4% | 14 |

Responses: [YES] Yes=2 [NO] No=1

| ENGR ELEG: Course Based Questions | ELEG 5273 - 001 Responses (%) | | | | | Course | | ELEG | | | All | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SA | A | U | D | SD | N | Mean | N | Mean | Pct Rnk | N | Mean | Pct Rnk |
| Q5 Practical applications of course material are discussed. | 12 / 85.7% | 2 / 14.3% | 0 | 0 | 0 | 14 | 4.86 | 366 | 4.36 | 73 | 366 | 4.36 | 73 |
| Q6 Exams reflect what is emphasized in class. | 12 / 85.7% | 2 / 14.3% | 0 | 0 | 0 | 14 | 4.86 | 367 | 4.34 | 66 | 367 | 4.34 | 66 |
| Q7 The pace of this course is appropriate. | 12 / 85.7% | 2 / 14.3% | 0 | 0 | 0 | 14 | 4.86 | 366 | 4.21 | 84 | 366 | 4.21 | 84 |
| Q8 The content of this course is consistent with the objectives of the course. | 11 / 78.6% | 3 / 21.4% | 0 | 0 | 0 | 14 | 4.79 | 368 | 4.43 | 70 | 368 | 4.43 | 70 |
| Q9 Course activities/assignments help me learn the material. | 13 / 92.9% | 1 / 7.1% | 0 | 0 | 0 | 14 | 4.93 | 367 | 4.13 | 70 | 367 | 4.13 | 70 |

Responses: [SA] Strongly Agree=5 [A] Agree=4 [U] Undecided=3 [D] Disagree=2 [SD] Strongly Disagree=1
Pct Rnk: Percentile Rank (100 is best, calculated vs. precise Mean)

| University Core Course | | ELEG 5273 - 001 | | | | | | | --- Survey Comparisons --- | | | | | |
| | | Responses (%) | | | | | Course | | ELEG | | | All | | |
| | | E | G | F | P | VP | N | Mean | N | Mean | Pct Rnk | N | Mean | Pct Rnk |
| Q10 | Overall, I would rate this course as: | 11 84.6% | 2 15.4% | 0 | 0 | 0 | 13 | 4.85 | 367 | 4.07 | 73 | 4.4K | 4.03 | 89 |

Responses: [E] Excellent=5 [G] Good=4 [F] Fair=3 [P] Poor=2 [VP] Very Poor=1
Pct Rnk: Percentile Rank (100 is best, calculated vs. precise Mean)

| ENGR College Core: Instructor Questions | | Simon Ang | | | | | | | --- Survey Comparisons --- | | | | | |
| | | Responses (%) | | | | | Individual | | ELEG | | | All | | |
| | | SA | A | U | D | SD | N | Mean | N | Mean | Pct Rnk | N | Mean | Pct Rnk |
| Q11 | My instructor gives appropriate/timely feedback on each student's performance. | 12 85.7% | 2 14.3% | 0 | 0 | 0 | 14 | 4.86 | 368 | 4.04 | 91 | 4.4K | 4.12 | 91 |
| Q12 | My instructor is readily available for consultation. | 12 85.7% | 2 14.3% | 0 | 0 | 0 | 14 | 4.86 | 369 | 4.16 | 88 | 4.4K | 4.30 | 88 |
| Q13 | My instructor is fair and impartial when dealing with students. | 12 92.3% | 1 7.7% | 0 | 0 | 0 | 13 | 4.92 | 368 | 4.31 | 80 | 4.4K | 4.40 | 87 |
| Q14 | My instructor seems well-prepared for class. | 12 85.7% | 2 14.3% | 0 | 0 | 0 | 14 | 4.86 | 368 | 4.29 | 70 | 4.4K | 4.38 | 82 |
| Q15 | My instructor is effective in teaching the subject matter of this course. | 12 85.7% | 2 14.3% | 0 | 0 | 0 | 14 | 4.86 | 367 | 4.10 | 73 | 4.4K | 4.12 | 86 |

Responses: [SA] Strongly Agree=5 [A] Agree=4 [U] Undecided=3 [D] Disagree=2 [SD] Strongly Disagree=1
Pct Rnk: Percentile Rank (100 is best, calculated vs. precise Mean)

| University Core Instructor | | Simon Ang | | | | | | | --- Survey Comparisons --- | | | | | |
| | | Responses (%) | | | | | Individual | | ELEG | | | All | | |
| | | SA | A | U | D | SD | N | Mean | N | Mean | Pct Rnk | N | Mean | Pct Rnk |
| Q16 | My Instructor is fluent in English | 12 85.7% | 2 14.3% | 0 | 0 | 0 | 14 | 4.86 | 367 | 4.64 | 61 | 4.4K | 4.70 | 45 |

Responses: [SA] Strongly Agree=5 [A] Agree=4 [U] Undecided=3 [D] Disagree=2 [SD] Strongly Disagree=1
Pct Rnk: Percentile Rank (100 is best, calculated vs. precise Mean)

| University Core Instructor | | Simon Ang | | | | | | | --- Survey Comparisons --- | | | | | |
| | | Responses (%) | | | | | Individual | | ELEG | | | All | | |
| | | E | G | F | P | VP | N | Mean | N | Mean | Pct Rnk | N | Mean | Pct Rnk |
| Q17 | Overall, I would rate this instructor as: | 12 85.7% | 2 14.3% | 0 | 0 | 0 | 14 | 4.86 | 365 | 4.18 | 63 | 4.4K | 4.19 | 84 |

Responses: [E] Excellent=5 [G] Good=4 [F] Fair=3 [P] Poor=2 [VP] Very Poor=1
Pct Rnk: Percentile Rank (100 is best, calculated vs. precise Mean)

| Faculty: | Simon Ang |
| Question: | Comments: |
| Response Rate: | 7.14%   (1 of 14) |

| 1 | Dr. Ang is so good in this course. I am glad that I took this course. |





**UNIVERSITY OF ARKANSAS**
COLLEGE OF ENGINEERING

Department of Electrical Engineering
1 University Avenue, Fayetteville, AR 72701,

## Faculty Annual Productivity Report Summary – 2017

**NAME:** Simon Ang                                                         **RANK:** Professor

| Benchmark Factors for 2017 | Benchmark Factors for 2018 | Rating System |
|---|---|---|
| Teaching = 30 % | Teaching = 30 % | Excellent = 3 |
| Research = 35 % | Research = 35 % | Good = 2 |
| Service = 35 % | Service = 35 % | Acceptable = 1 |
|  |  | Unsatisfactory = 0 |

This annual review of the faculty is performed per the guidelines given in the COE Personnel Document (http://engineering.uark.edu/faculty-staff-resources/personel-document.pdf). The review evaluates the faculty member productivity in the three areas indicated in the COE Personnel Document (that is, teaching, research and service) within the context of the department overall productivity for the considered calendar year. The department averages are calculated for the various categories in the faculty-developed productivity matrix. Then, the faculty member productivity is evaluated with respect to the "average tenured faculty member" who would get a percentage of 40% for teaching, 40% for research, and 20% for service. Those faculty members with a total percentage above 100% have overall productivities above that of the "average tenured faculty member". The opposite would be for those with percentages below 100%. Weighing factors are changed for special cases; for example, those faculty members having administrative offices or reduced teaching because of startup packages. Credit is also given for buying out of the academic year.

### DEPARTMENTAL P&T COMMITTEE NUMERICAL EVALUATION

| Teaching | Research | Service | Overall |
|---|---|---|---|
| 3 | 2 | 3 | 3 |

### HOD EVALUATION

**Teaching**
Dr. Ang taught 2 courses, had a student-semester credit-hour (SSCH) of 212 and a *weighted* teaching evaluation average of 99%; supervised 4 MSEE students and 11 Ph.D. students, and graduated 1 MSc (MicroEP) student and 1 doctoral student. Dr. Ang's teaching benchmark factor is 30% instead of 40% due to his administrative duties. His teaching weight is 38.78% and the standard deviation is 9.05. Relevant departmental averages per tenured faculty member are 3 courses per academic year, SSCH of around 424, weighted teaching average of 95%, supervising 2.57 Master students and 7 doctoral students, and graduating 0.07 Honors students with thesis, 0.86 MSc and 0.86 Ph.D.(EE) students.

Rating: Excellent (3)

**Research**
Dr. Ang published 2 journal papers and 3 refereed international conference papers, his research activities yielded approximately $5,086 on F&A, was part of 5 research proposals leading 2, and buying out 12.5% of his academic year salary. The research benchmark factor is 35% and his research weight is 43.08% and the standard deviation is 13.64. Relevant departmental averages were 4 journal papers, 7.43 conference papers, $5,224 F&A return, current expenditures of around $152.661 and 5 written proposals.

Rating: Good (2)

**Service**
Dr. Ang was an Associate editor for the IEEE Power Electronics transactions, a member of 6 committees, and reviewer for 27 journal papers, 5 conference papers, 10 R&D 100 award proposals, DOE VTO, and a dissertation. His contributions to the department service mission included his position as HiDEC director. His service benchmark factor is 35%; his service weight is 44.36% and the standard deviation is 11.87. Relevant departmental averages were chairing committees: 2.11, membership in committees: 5.11, reviewing journals: 14.44, reviewing conference papers: 16.67, participation in recruiting and other service activities (like distance education): 3, and other activities (like invited speaker, student organization and proposal reviewer): 15.14.

Rating: Excellent (3)

**Overall Performance**
Dr. Ang contributed to all three departmental missions, in particular, leading HiDEC. His support of the tenure-track faculty and his collegiality are recognized. Dr. Ang placed fourth in the faculty-developed evaluation matrix for tenured faculty members with 126.23 %.

Weighted Rating: 2.65

By signing below, I acknowledge that I have received a copy of the evaluation and have participated in the evaluation process.

X _____  Date _____    X _____  3/9/18
Faculty Member                                 Juan Carlos Balda          Date



EXHIBIT 11



**UNIVERSITY OF ARKANSAS**
COLLEGE OF ENGINEERING

Department of Electrical Engineering
1 University Avenue, Fayetteville, AR 72701,

## Faculty Annual Productivity Report Summary – 2018

**NAME:** Simon Ang  **RANK:** Professor

Benchmark Factors for 2018
Teaching = 30 %
Research = 35 %
Service = 35 %

Benchmark Factors for 2019
Teaching = 30 %
Research = 35 %
Service = 35 %

Rating System
Excellent = 3
Good = 2
Acceptable = 1
Unsatisfactory = 0

Annual review of faculty is performed per the guidelines in the COE Personnel Document (http://engineering.uark.edu/faculty-staff-resources/personel-document.pdf). The review evaluates the faculty member productivity in the three areas indicated in the COE Personnel Document (i.e., teaching, research and service) within the context of the department overall productivity for the considered calendar year. The department averages are calculated for the various categories in the faculty-developed productivity matrix. The faculty member productivity is evaluated with respect to the "average faculty member" who would get a percentage of 40% for teaching, 40% for research, and 20% for service. Those faculty members with a total percentage above 100% have overall productivities above that one of the "average faculty member". The opposite would be for those with percentages below 100%. Weighing factors are changed for special cases; for example, those faculty members having administrative offices or reduced teaching because of startup packages. Credit is also given for buying out of the academic year.

### DEPARTMENTAL P&T COMMITTEE NUMERICAL EVALUATION

| Teaching | Research | Service | Overall |
|---|---|---|---|
| 2 | 2 | 3 | 2 |

### HOD EVALUATION

**Teaching**

Dr. Ang taught 2 courses, had a student-semester credit-hour (SSCH) of 135 and a *weighted* teaching evaluation average of 99%; supervised 5 MSEE students and 9 Ph.D. students, and graduated 2 doctoral students. Dr. Ang's teaching benchmark factor was 30% instead of 40% due to his administrative duties at HiDEC. His teaching weight was 37.52% and the standard deviation was 18.28. Relevant departmental averages per faculty member were 3.2 courses per academic year, SSCH of around 379.90, weighted teaching median of 1.01%, supervising 2.3 Master students and 6.6 doctoral students, and graduating 0.56 Honors students with thesis, 0.4 MSc and 1.2 Ph.D.(EE) students.

Rating: Good (2)

**Research**

Dr. Ang published 1 journal paper and 8 refereed international conference papers, brought approximately $3,188 F&A for the department from his research activities as PI, was part of 12 proposals leading 2 unsolicited ones, and bought out 12.5% of his academic year salary. His research weight was 78.44% having benchmark factor of 35%; the standard deviation was 28.99. Relevant departmental averages were 4.7 journal papers, 6.8 conference papers, $4,987 F&A return to the department, current expenditures of around $496,169 and 8.2 written proposals.

Rating: Excellent (3)

**Service**

Dr. Ang was an Associate editor for the IEEE Power Electronics transactions and a member of four committees, reviewed 23 journal papers and four conference papers, reviewed five R&D 100 award proposals, was panelist at the DOE BRN workshop, and gave a seminar at ACEPT (Singapore). His contributions to the department service mission included his position as HiDEC director. His service weight was 47.12 % and the standard deviation is 12.54. Relevant departmental averages were chairing committees: 2.2, membership in committees: 4.5, reviewing journals: 15.70, reviewing conference papers: 16.20, participation in recruiting and other service activities (like distance education): 1.4, and other activities (like invited speaker, student organization and proposal reviewer): 6.4.

Rating: Excellent (3)

**Overall Performance**

Dr. Ang contributed to all three departmental missions. Regarding HiDEC, the renovation of outdated equipment is a concern. His support of the tenure-track faculty and his collegiality are recognized. Dr. Ang five-year average of his overall annual scores in the faculty-developed evaluation matrix is 120 %.

Weighted Rating: 2.7

By signing below, I acknowledge that I have received a copy of the evaluation and have participated in the evaluation process.

Faculty Member     3/12/19
X  Juan Carlos Balda     3/12/19



EXHIBIT 12



UNIVERSITY OF
ARKANSAS
COLLEGE OF ENGINEERING

Department of Electrical Engineering
1 University Avenue, Fayetteville, AR 72701,

## Faculty Annual Productivity Report Summary – 2019

**NAME:** Simon Ang                                           **RANK:** Professor

| Benchmark Factors for 2019 | Benchmark Factors for 2020 | Rating System |
|---|---|---|
| Teaching = 30 % | Teaching = 30 % | Excellent = 3 |
| Research = 35 % | Research = 35 % | Good = 2 |
| Service = 35 % | Service = 35 % | Acceptable = 1 |
| | | Unsatisfactory = 0 |

Annual review of faculty is performed per the guidelines in the COE Personnel Document (http://engineering.uark.edu/faculty-staff-resources/personel-document.pdf). The review evaluates the faculty member productivity in the three areas indicated in the COE Personnel Document (i.e., teaching, research and service) within the context of the department overall productivity for the considered calendar year. The department averages are calculated for the various categories in the faculty-developed productivity matrix. The faculty member productivity is evaluated with respect to the "average faculty member" who would get a percentage of 40% for teaching, 40% for research, and 20% for service. Those faculty members with a total percentage above 100% have overall productivities above that one of the "average faculty member". The opposite would be for those with percentages below 100%. Weighing factors are changed for special cases; for example, those faculty members having administrative offices or reduced teaching because of startup packages. Credit is also given for buying out of the academic year.

### DEPARTMENTAL P&T COMMITTEE NUMERICAL EVALUATION

| Teaching | Research | Service | Overall |
|---|---|---|---|
| 2 | 2 | 2 | 2 |

### HOD EVALUATION

#### Teaching
Dr. Ang taught 2 lecture-type courses, had a student-semester credit-hour (SSCH) of 124 and a *weighted* teaching evaluation average of 102%; supervised 4 MSEE students and 9 Ph.D. students, and graduated 1 master students. No info given point I.E. Dr. Ang's teaching benchmark factor was 30% instead of 40% due to his administrative duties at HiDEC. His teaching weight was 31.42 % and the standard deviation was 26.64. Relevant departmental averages per faculty member were 2.91 courses per academic year, SSCH of around 429, weighted teaching median of 98 %, supervising 1.82 Master students and 6.27 doctoral students, and graduating 0.18 Honors students with thesis, 0.45 MSc and 0.55 Ph.D. (EE) students.

**Rating:** Good (2)

#### Research
Dr. Ang published 2 journal papers and 2 refereed international conference papers, brought approximately $4,096 F&A for the department from $504,437 on research expenditures, was part of 8 proposals leading 4 and bought out 12.5% of his academic year salary. Not captured in the matrix is the support of several research projects through power packaging prototyping. His research weight was 58.8 % having benchmark factor of 35%; the standard deviation was 27.72. Relevant departmental averages were 4.64 journal papers, 5.27 conference papers, 0.1 books, 0.36 patents, $4,220 F&A return to the department, current expenditures of around $254,411, and 10.2 written proposals and leading 6.2.

**Rating:** Excellent (3)

#### Service
Dr. Ang was the HiDEC director, an Associate editor for the IEEE Power Electronics transactions and a member of 3 committees, reviewed 15 journal papers and 37 conference papers, was a fellowship interviewer for the Honors College, and reviewed 20 R&D 100 award proposals and 1 TCF proposal. His service weight was 40.44 % and the standard deviation is 8.84. Relevant departmental averages were chairing committees: 3, membership in committees: 4.55, reviewing journals: 14.91, reviewing conference papers: 14.18, participation in recruiting and other service activities (like distance education): 0.73, and other activities (like invited speaker, student organization advisor and proposal reviewer): 12.

**Rating:** Excellent (3)

#### Overall Performance
Dr. Ang has contributed to all three departmental missions. Regarding HiDEC, there is a need to take it to the next level by renovating outdated equipment and gathering support by its constituency to secure equipment funding via DURIP, MRI and other sponsors. The business opportunity with Wolfspeed is welcome. His support of the tenure-track faculty and his collegiality are recognized. Dr. Ang six-year average of his overall annual scores in the faculty-developed evaluation matrix is 123.42 % (an average faculty member has 100 %).

**Weighted Rating:** 2.7

By signing below, I acknowledge that I have received a copy of the evaluation and have participated in the evaluation process.

Faculty Member     Date 3/11/2020          Juan Carlos Balda     Date 3/11/2020

## Simon S. Ang

**From:** Simon S. Ang
**Sent:** Tuesday, October 15, 2013 3:03 PM
**To:** Lei, Guangyin (G.)
**Subject:** RE: Power electronics packaging - from Ford Motor Company

Hi Thomas:

The check can be made out to:

**University of Arkansas Foundation – Acct. 30\***

The address to send is the one that I sent you before.

Thanks and best regards,
Simon

---

**From:** Lei, Guangyin (G.) [mailto:glei@ford.com]
**Sent:** Tuesday, October 15, 2013 2:50 PM
**To:** Simon S. Ang
**Cc:** Chen, Chingchi (C.)
**Subject:** RE: Power electronics packaging - from Ford Motor Company

Dear Prof. Ang,

Thanks. I will schedule a teleconference early next week to discuss a bit more details about this project. May I know the best time to call you next Monday and Tuesday?

Regards,
Thomas

1

EXHIBIT 14

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FORD MOTOR COMPANY<br>CENTRAL ACCOUNTING SERVICES | | RY | PHONE<br>BANK<br>YOUR SUPPLIER NUMBER | | | DATE 10/29/13<br>CHECK NUMBER |

| YOUR REF# | FORD REF# | PLANT | TYPE | DATE | DISC | | |
|---|---|---|---|---|---|---|---|
| INVOICE/REF# | FORD REF# | LOCATION | | P.O. NUMBER | DISC | | TOTAL |
| | | ENGR | | | 0.00 | | 45000.00 |

POWER MODULE PACKAGING & LIFETIME
PREDICTION FOR AUTOMOTIVE APPLICATIONS
PROJECT. C/O PROF. SIMON S. ANG
*******************************************

REQUESTOR:  MDEGNER           PHONE
PERSON TO PICKUP CHECK TJACK178
    CDS ID:    TJACK178       PHONE

                          *TOTAL*                              0.00        45000.00

Page 0001 of 0001

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

JPMorgan Chase Bank, N.A.
Syracuse, NY

50-937
213

FORD MOTOR COMPANY
CENTRAL ACCOUNTING SERVICES   RY 000096

CHECK NUMBER

AMOUNT

DATE  10/29/13        ************45,000 DOLLARS 00 CENTS        $45,000.00
                              PAYABLE IN  U.S. DOLLARS

U.S. DOLLARS

PAY TO THE ORDER OF

UNIVERSITY OF ARKANSAS
ATTN: TREASURER'S OFFICE

VOID AFTER SIX MONTHS

Neil Schloss
-----------------------
Treasurer
PHONE



**From:** Blake B. Rickman
**To:** Simon S. Ang
**Subject:** RE: Ford Motor Company Contact
**Date:** Wednesday, December 11, 2013 11:08:13 AM

Thank you very much Dr. Ang! I really appreciate it.

*Blake B. Rickman*

University of Arkansas
College of Engineering
Office of Development & External Relations



UNIVERSITY OF
ARKANSAS
COLLEGE OF
ENGINEERING

**From:** Simon S. Ang
**Sent:** Wednesday, December 11, 2013 10:12 AM
**To:** Blake B. Rickman
**Subject:** RE: Ford Motor Company Contact

Hi Blake:

My contact at Ford Motor Company is Dr. Lei.

Dr. Guangyin Lei
Research and Innovation Center
Ford Motor Company

Thanks and best regards,
Simon

**From:** Blake B. Rickman
**Sent:** Tuesday, December 10, 2013 1:56 PM
**To:** Simon S. Ang
**Subject:** Ford Motor Company Contact

Good afternoon Dr. Ang,

I was wondering if you could tell me who your contact at the Ford Motor Company would be. We would like to send them a thank you letter from the dean for their recent gift, and I want to make sure we address the appropriate person. Hope all is well!

# The University of Arkansas FOUNDATION, INC.

## Project Transaction Detail Report

Listing of all transactions and balances within a specified date range for a single

For the period: 7/1/2015 - 9/16/2015

**Project** - Microprobe
**Endowment Type** - Non Endowed
**Net Asset Class** - Unrestricted
**Campus** - 02-Fayetteville

| Balance as of: | 7/1/2015 | 9/16/2015 |
|---|---|---|
| Cash | $60,964.95 | $61,043.24 |
| Pledge Receivable | $0.00 | $0.00 |
| Other Assets | $0.00 | $0.00 |
| Pooled Assets | $0.00 | $0.00 |
| Accounts Payable | $0.00 | $0.00 |
| Net Assets | $60,964.95 | $61,043.24 |

| Transaction Number | Post Date | Account Number | Account Description | Amount | Debit / Credit | Journal | Journal Reference |
|---|---|---|---|---|---|---|---|
| | 7/1/2015 | | Interest IP | $78.29 | Credit | JE | N/E Int Q/E 6-2015 |
| | 7/1/2015 | | Cash | $78.29 | Debit | JE | N/E Int Q/E 6-2015 |
| | | | **Total** | **$156.58** | | | |

EXHIBIT 16

# The University of Arkansas FOUNDATION, INC.

## Project Transaction Detail Report

Listing of all transactions and balances within a specified date range for a single project

For the period: 7/1/2014 - 6/30/2015

**Project:** Texas Inst MSL Prgm-Ang
Endowment Type - Non Endowed
Net Asset Class - Temporary
Campus - 02-Fayetteville

| Balance as of: | 7/1/2014 | 6/30/2015 |
|---|---|---|
| Cash | $36,505.02 | $34,919.94 |
| Pledge Receivable | $0.00 | $0.00 |
| Other Assets | $0.00 | $0.00 |
| Pooled Assets | $0.00 | $0.00 |
| Accounts Payable | $0.00 | $0.00 |
| Net Assets | $36,505.02 | $34,919.94 |

| Transaction Number | Post Date | Account Number | Account Description | Amount | Debit/Credit | Journal | Journal Reference |
|---|---|---|---|---|---|---|---|
| | 6/30/2015 | | Fac/Staff Scholarly Travel | $1,773.61 | Debit | CD | UA # |
| | 6/30/2015 | | Cash | ($1,773.61) | Credit | CD | UA # |
| | 4/1/2015 | | Cash | $47.23 | Debit | JE | N/E Int Q/E 3-2015 |
| | 4/1/2015 | | Interest IP | $47.23 | Credit | JE | N/E Int Q/E 3-2015 |
| | 1/1/2015 | | Cash | $47.79 | Debit | JE | N/E Int Q/E 12-2014 |
| | 1/1/2015 | | Interest IP | $47.79 | Credit | JE | N/E Int Q/E 12-2014 |
| | 10/1/2014 | | Cash | $46.96 | Debit | JE | N/E Int Q/E 9-2014 |
| | 10/1/2014 | | Interest IP | $46.96 | Credit | JE | N/E Int Q/E 9-2014 |
| | 7/1/2014 | | Cash | $46.55 | Debit | JE | N/E Int Q/E 6-2014 |
| | 7/1/2014 | | Interest IP | $46.55 | Credit | JE | N/E Int Q/E 6-2014 |
| **Total** | | | | **$377.06** | | | |

# The University of Arkansas FOUNDATION, INC.

## Project Transaction Detail Report

Listing of all transactions and balances within a specified date range for a single project

For the period: 7/1/2014 - 6/30/2015

| Project | |
|---|---|
| ⬤ - Ti-Msp Foundation | |
| Endowment Type - Non Endowed | |
| Net Asset Class - Unrestricted | |
| Campus - 02-Fayetteville | |

| Balance as of: | 7/1/2014 | 6/30/2015 |
|---|---|---|
| Cash | $1,779.13 | $1,788.32 |
| Pledge Receivable | $0.00 | $0.00 |
| Other Assets | $0.00 | $0.00 |
| Pooled Assets | $0.00 | $0.00 |
| Accounts Payable | $0.00 | $0.00 |
| Net Assets | $1,779.13 | $1,788.32 |

| Transaction Number | Post Date | Account Number | Account Description | Amount | Debit / Credit | Journal | Journal Reference |
|---|---|---|---|---|---|---|---|
| | 4/1/2015 | | Interest IP | $2.30 | Credit | JE | N/E Int Q/E 3-2015 |
| | 4/1/2015 | | Cash | $2.30 | Debit | JE | N/E Int Q/E 3-2015 |
| | 1/1/2015 | | Interest IP | $2.33 | Credit | JE | N/E Int Q/E 12-2014 |
| | 1/1/2015 | | Cash | $2.33 | Debit | JE | N/E Int Q/E 12-2014 |
| | 10/1/2014 | | Interest IP | $2.29 | Credit | JE | N/E Int Q/E 9-2014 |
| | 10/1/2014 | | Cash | $2.29 | Debit | JE | N/E Int Q/E 9-2014 |
| | 7/1/2014 | | Interest IP | $2.27 | Credit | JE | N/E Int Q/E 6-2014 |
| | 7/1/2014 | | Cash | $2.27 | Debit | JE | N/E Int Q/E 6-2014 |

Total  $18.38

# The University of Arkansas Foundation, INC.

## Project Transaction Detail Report

Listing of all transactions and balances within a specified date range for a single project

For the period: 7/1/2014 - 6/30/2015

**Project** 〕 - AR Ctr for Microelectronic Devices
**Endowment Type** - Non Endowed
**Net Asset Class** - Unrestricted
**Campus** - 02-Fayetteville

| Balance as of: | 7/1/2014 | 6/30/2015 |
|---|---|---|
| Cash | $60,744.73 | $61,058.44 |
| Pledge Receivable | $0.00 | $0.00 |
| Other Assets | $0.00 | $0.00 |
| Pooled Assets | $0.00 | $0.00 |
| Accounts Payable | $0.00 | $0.00 |
| Net Assets | $60,744.73 | $61,058.44 |

| Transaction Number | Post Date | Account Number | Account Description | Amount | Debit / Credit | Journal | Journal Reference |
|---|---|---|---|---|---|---|---|
| | 4/1/2015 | | Interest IP | $78.59 | Credit | JE | N/E Int Q/E 3-2015 |
| | 4/1/2015 | | Cash | $78.59 | Debit | JE | N/E Int Q/E 3-2015 |
| | 1/1/2015 | | Interest IP | $79.52 | Credit | JE | N/E Int Q/E 12-2014 |
| | 1/1/2015 | | Cash | $79.52 | Debit | JE | N/E Int Q/E 12-2014 |
| | 10/1/2014 | | Interest IP | $78.14 | Credit | JE | N/E Int Q/E 9-2014 |
| | 10/1/2014 | | Cash | $78.14 | Debit | JE | N/E Int Q/E 9-2014 |
| | 7/1/2014 | | Cash | $77.46 | Debit | JE | N/E Int Q/E 6-2014 |
| | 7/1/2014 | | Interest IP | $77.46 | Credit | JE | N/E Int Q/E 6-2014 |
| **Total** | | | | **$627.42** | | | |