

May 18, 2022

Dear Judge Brooks,

I am writing this letter regarding my former husband, Simon Ang, in reference to his character. We met in 1979 during my freshman year at the University of Arkansas, and we were married the following year. I was married to Simon for 27 years, and we have three children together. I have always known him to have excellent moral character and a strong work ethic. Simon stayed in house detention for 20 months in my house as I served as his third party custodian. I always admired him for his honesty and discipline to do the right thing.

Simon began working for the University of Arkansas in 1988. I have never seen anyone work harder to achieve their goals. He always provided for his family and is a very responsible, caring person. Some of the strongest traits of his character are a very high work ethic, a dedicated teacher, and uncompromising honesty.

An example of his high work ethic is that he was able to be promoted from assistant professor to tenure professor within only seven years. He worked twelve hours each day to rise in his professional career quickly. He never took sick leave unless he had surgery or if something major happened. Even when the university was closed during snow days, he would still walk to work. He devoted his life to his work.

An example of his leadership is that he has the ability to encourage his students to do very well. He always went out of his way to help them and has always tried his best to understand their needs. Even after hours, he was always willing to accept phone calls and communicate with them about any problems that they had. I always admired him for his compassion for others.

Although Simon has his own health issues, he never allowed them to affect his life or career. He has always been very selfless. Over the years, he has been always consistent in taking care of me and the children. He has always been there for us every time we go through any difficult times. Each time that I was pregnant, he cared for me hand and foot, just like a nurse cares for a patient. I have never seen him put himself first. During the time I owned a catering business, he would always help me after he got off work and even during the weekends by doing all the dishes, cleaning, and deliveries. He has always been true to his word by keeping his promises and following through with what he says.

As a citizen, Simon has always obeyed the law. He won't leave his driveway without putting his seatbelt on and will not take it off until his car is off. I've never seen him exceed the speed limit while driving or make any deliberate traffic violations. He taught our children and me to always obey the law and be productive citizens.

Our children are now successful adults. I attribute their success to the way Simon and I brought them up. Simon strongly encouraged them to complete their bachelor's degrees in the College of Engineering at the University of Arkansas. All three of our children have our support to contribute to the country by working for the government, with two having high level security clearances. The oldest, ▆▆▆▆▆ finished her master's degree at Georgetown University and is

working for the Department of Justice in Washington, DC. ▆▆▆ just completed his master's degree at Virginia Tech and works for the US Navy in San Diego. ▆▆▆ was enlisted in the US Army for four and half years. He finished his master's degree at the University of Oregon and worked for the hospitals in Portland, Oregon in the emergency room on the front lines taking care of COVID-19 patients for nine months. The children's father continues to play a very important role in all of their lives even though they live all over the United States and are adults now.

I've always admired Simon's high level of responsibility. He always pays his bills on time and is very frugal with his spending. He would rather buy something for me and the children than for himself. Even after we became separated, he always took care of me and the children, and we have remained good friends.

If I have anything to say about Simon, I can tell you with certainty that he is a very honest, caring, and responsible man who has dedicated his life to others. Simon accepts his fate in light of the effect the situation could have on his family. He doesn't want this case to drag on forever for his children who have given their adult lives to working for our government just as he has also devoted his life to the betterment of society, from his family to his students to the community around him. May God bless him as he has blessed others.

Sincerely,

*Susan Ang* (signature)

Susan Ang

June 2, 2020

I wish to address anyone who may question the integrity of Simon Ang, whom I have known since 2001. I met Simon through his wife Susan, a coworker of mine. I began spending time with them and enjoyed a fantastic vacation in Thailand, near Simon's home country, Malaysia. He was working on a textbook project but found the time to spend it with me and my husband having meals together and seeing the city of Bangkok. Following this trip, I wanted to train under Susan as a chef and learn Asian cooking. We had several dining adventures together, from cooking demonstrations to contests, all with Simon either participating or acting as a silent helper. These fun food gatherings were a regular event for us several years in a row.

I have always admired Simon for his dedication and care for his family. While Simon and Susan are now living separately, he continues to care for her and their children when most men would not. I have admired him for his dedication to the University of Arkansas, as well. He has displayed integrity in my presence over the years.

Thank you.

*Riki Stamps*

Riki Stamps

**EXHIBIT 18**

Daniel Erwin

May 28 2022

Honorable Judge Timothy Brooks
United States District Judge

    Your honor, my name is Daniel Erwin I am and engineering alumni from the University of Arkansas my clients include Amazon and Chrysler. I am a friend of Dr. Simon Ang. Simon has allegations against him that I believe do not fit his nature. I am not familiar with the situation but I would like to share some about his character. I have known Simon since 2004 as a student, and we quickly became friends. Two things I have observed about Dr. Ang.

    First, he loves people and will pour out his heart and soul to help a student succeed. He is a cheerleader for all he comes in contact with, and carries a unique energy making others feel they can be all they can be. He dose not discriminate ethnicity or nationality, who you are or where your from, rich or poor, he will be in your corner all the same. Because of his love for people he has an unusually high exposure to bright-eyed and bushy-tailed kids from all over the world in and out of his office. I was one of them.

    Secondly, because of his is brilliants in science and engineering, their ideas and inventions come with them. Simon also has a high exposure to intellectual property whether he likes it or not. Often these ideas overlap and he is faced with dilemma. But with his overriding value that he places on individuals, he always manages to overcome these dilemmas by connecting students and encouraging people to collaborate. In his heart of hearts he wants to see people work together and succeed.

    Simon's currency is not the USD or the Chinese Yuan but it is the success of his students. I know this for a fact because I brought an idea to him once before I hardly even knew him. He fought tooth and nail using his own personal money and resources to see me succeed. He set up a manufacturing in China and helped me develop and design a circuit board and mechanical enclosure. He even printed cardboard boxes for merchandising the product. He spent thousands of dollars and countless hours to help me and ask nothing in return. Never in my life have I met someone with such passion to help others. He is exceedingly kind to all in his path. I have been blessed to know Simon as a mentor and a friend.

    Let my testimony stand as evidence that Dr. Ang's motive's are pure and harmless with no malicious intent. His kindness is what inhibits him from saying "no" to a lot of things, leading to his current charges.  I ask, with all sincerity, that his sentence is merciful.

    If you have any questions for me about Simon's character please call me on my cellphone. I appreciate your service.

Sincerely

Daniel Erwin

EXHIBIT 19

Letter of Character for Simon Ang
September 7, 2020
To Whom It May Concern:

I am writing this letter in support of Simon Ang, former Professor of Electrical Engineering, University of Arkansas at Fayetteville.

My knowledge of Simon Ang's character began as my oldest two sons attended the University of Arkansas as engineering students and became acquainted with Dr. Ang. Engineering at any university is challenging and complex and students need an extra level of support and guidance from their professors for success. Dr. Ang provided that support and guidance for my sons as they entered the College of Engineering and devised a path toward realizing their degrees in Industrial Engineering and Chemical Engineering. In addition, at a time when one of my sons could not finish his degree in engineering and dropped out of school, Dr. Ang was ready to take his own time to help him get back on track, in school and finish his degree.

The support of his students in an academic career of over 30 years is a shining example of why Dr. Ang became a professor and continued to help and guide students throughout his work at the university. He continued his devoted support of all students as he again took his own time to provide a shadowing experience as an electrical engineer for my youngest son for a career class while he was in middle school.

Dr. Ang raised his three children in the Fayetteville community and all three children attended the University of Arkansas and are graduates in engineering. Dr. Ang was always there to support the Fayetteville community serving on numerous committees dating back to the Parent-Teacher Organization at Leverett Elementary School when his children were in elementary school.

Dr. Ang came to the United States pursing the *American Dream* as he was unable to receive the education he desired in his home country of Malaysia. This pursuit of an exemplar education is not unusual or out of the norm and continues today as thousands of young people attend our universities and fill our classrooms with their talent, grit and drive.

Dr. Ang received his master's degree from Georgia Tech University and worked on his Ph.D. at night while working full-time at Texas Instruments. Working on a Ph.D. while working full-time is a tribute to his desire to realize the *American Dream* he set out to achieve after immigrating to this country through his own talent, grit and drive. Only about 40% of people complete a doctoral degree that begin a doctoral program, so against all odds, Simon Ang was able to meet this level of academic achievement.

Dr. Ang's years of documented service to the University of Arkansas and the greater Fayetteville community are examples of his loyalty to his position as professor of engineering, the Fayetteville community at large and to his beloved students that he nurtured and tirelessly guided toward a successful college experience.

Sincerely,
*Leslie L. Sharp*
Leslie L. Sharp


EXHIBIT 20

2 April 2022

The Honorable Judge

Timothy Brooks United

States District Judge

Letter of Character Witness for Dr Simon Ang

Your Honour,

I, Tam Yan Yin, a former student of Dr. Simon Ang, have decided to be a witness of Dr. Ang's character. During my time as a Research Assistant at the University of Arkansas, I had found Dr. Ang to be an outstanding person. I worked for him as a Research Assistant on Circuit Design during 2002-2004. Dr. Ang was a brilliant professor who was enthusiastic, dedicated and a hardworking person. He displayed strong moral character during my term with him.

In times of need, Dr. Ang was always willing to help and cared very much for his students. Even after so many years of not seeing him, I was moved when I heard from another former student (also working at Intel Penang) of him inquiring of our well-being when he visited Penang a couple years back. Dr. Ang helped me through some very demanding times then. I truly owe him a lot and wonder how I will get the chance to repay him. I can only be a better person and pay it forward for the goodness he has given to me.

Hopefully, this letter will find your good grace and help him through this very difficult time.

I graduated as a Master of Science in Electrical Engineering from University of Arkansas, Fayetteville in the year 2004. After that, I was hired by Intel Penang Malaysia and have been working at this company ever since. I will always have utmost gratitude to Dr. Ang for giving me a brighter future and career.

Best Regards,

Tam Yan Yin

EXHIBIT
21

**Kraig J. Olejniczak, Ph.D., P.E.**



EXHIBIT 22

April 1, 2022

To the Honorable Judge Timothy Brooks:

It is my great honor and privilege to serve as a character reference for Dr. Simon A. Ang. I have known Simon since the Fall 1990 when I interviewed for a tenure-track faculty position in the Department of Electrical Engineering at the University of Arkansas in Fayetteville. Simon and I were professional colleagues beginning with my arrival in August 1991 until my departure in July 2002. I was able to reconnect with him professionally in 2012 to the present.

**Context.** I was born in Green Bay, Wisconsin. I attended Valparaiso University (Valparaiso, IN), a faith-based private Lutheran university, where I received a BSEE degree in 1987. I received my MSEE and Ph.D. degrees from Purdue University in 1988 and 1991, respectively. I began my academic career as a tenure-track assistant professor at the University of Arkansas. After 11 years as a professor of electrical engineering there, I became dean of the college of engineering at Valparaiso University. After 11 years as dean, I resigned my tenure, went to work for the company I started in 1997, sold it to Cree Inc. in 2015, and I now serve as a Research Scientist at Wolfspeed Inc. Specifically, I am the technical lead for our medium-voltage (i.e., 3.3 kV, 6.5 kV, and 10 kV), all-silicon carbide power module product line.

**Simon's Personal Attributes:** In all my years on this Earth, I do not know too many people who are as humble, kind, caring, thoughtful, and selfless as Simon. What kind of a person must he be for his ex-wife to agree to be his guardian for the duration of this case? What kind of person must he be for his ex-wife to agree to him living in her home until trial?

**Simon's Main Weakness:** In my opinion, Simon is a person who will do whatever he can to help others. In fact, one could accuse him of helping others *too much*. He is committed to his university faculty vocation at his alma mater. In fact, all of his consulting fees were directed to the University of Arkansas Foundation—hundreds of thousands of dollars—versus keeping them for himself. He is an innocent person who possesses an abundance of naivete in the area of business and relationships. I can definitely see how Simon could be taken advantage of without his knowledge. I have witnessed people taking advantage of him.

**Simon's Children:** Simon is a wonderful father and a better person. Clearly his and his ex-wife's character and values are mirrored in their children. His children, who I have known from their youth, are exemplary U.S. citizens. One works for the Department of Justice (i.e., FBI I believe), one serves in the U.S. military, and the other is an engineer. I believe all three graduated with engineering degrees.

I have served as an expert witness on Simon's case—receiving one U.S. dollar for my service. I have read through hundreds of pieces of email, exhibits, NASA documents, University of Arkansas policies, etc. I have always been an excellent judge of character; I could not be surer about Simon's exemplary character. I

Character Reference for Dr. Simon S. Ang
April 1, 2022
Page 2

believe Dr. Simon S. Ang does not deserve *any* time in any correctional facility. He is a very good person; he is no threat to anyone.

If you are willing or have the need, I would be most grateful to answer or explain any questions regarding the "inner workings" of a large, doctoral-granting, public, secular, state university. I can be reached at ▓▓▓▓▓▓▓▓▓▓ or ▓▓▓▓▓▓ if questions or concerns arise.

With best regards,

*[signature]*

Kraig J. Olejniczak, Ph.D., P.E.
Research Scientist
Wolfspeed Inc.

Former Dean, College of Engineering, Valparaiso University, 2002-2012
Former Professor of Electrical and Computer Engineering, Valparaiso University, 2002-2013
Former Professor of Electrical Engineering, University of Arkansas, 1991-2002
Co-Founder & Chairman of the Board, Arkansas Power Electronics International Inc. (APEI), 1997-2015

Shi Yin Hong

Fayetteville, Arkansas, 72704

Date: August 8, 2020

Dear Honorable Judge Brooks,

My name is Shi Yin (Lily) Hong, daughter of Simon Ang. It would be my most esteemed honor, Your Honor, if this letter may show Simon Ang lively and simply as a father.

The idea of "Father" was an enigma to me. When I was turning nine, Father brought Mom, my little brother, and me to Fayetteville, Arkansas. Father insisted that and I must have an American education to be real Americans; an American education would teach us American pride and values. So, I finally joined Father's life.

Father taught me English from level one. During the elementary school enrollment, Father spelled out "L-i-l-y" when I signed my name. On the first day at Leverett elementary, Father was the only parent who accompanied his kid to the homeroom before the bell. On that same day, Father visited me in the middle of the day again to teach me how to say: "May I go to the restroom?" For the rest of the school year, Father already left for work by the time I woke up and returned home around dinner time. However, after dinner, Father sat beside me like it never happened before to read to me simple English storybooks that I checked out from the school library. Father read by one sentence each time, and I repeated his words; the lights in his eyes were always there when I looked up. Those deaf days at school were hard; but, I had a father who would work out all my homework with me, read to me any English books I like, teach me ahead in Math, write encouragements and correct grammar mistakes in my creative writings, reward my improvements with colorful stationery, and sit beside me from the start to end of my learning. Because of Father, English become a dearly colorful language – a language that symbolizes not only an adventurous journey as I learn to be proud of being an American, but also a language of a Father's love.

As I become independent with my studies, the direct communication between Father and I dwindle as I see that he no longer has the handsome, spotless face in my memory. My grade report cards, certificates, and medals become my speechless communication to him. It seems that the older I get more repetitive he gets and the quieter I am to him; however, at the


EXHIBIT 23

same time, Father is still the quiet man beside me. Not too long ago, when my school bus got to my stop, Father's car always parked nearby if there was no conflict with his schedule, waiting for me in all weather. When Father somehow knew I refused to eat school lunch again, he knocked on my door when he was back to hand me a cup of milk and sneaked in some crackers in my bag the next school day before he left. One year on his birthday, Father drove me to volunteer for the Cow Paddy Run. In rain, Father helped me to put on a rain jacket; he did not have an umbrella. Whenever I finished volunteering for the Washington County Teen Court, Father was waiting for me. In winter, Father stood outside in the icy wind by the doors instead of waiting in his car; he said that he was afraid that I could not see his car on the spot in the dark. Whenever I volunteered at the Fayetteville Public Library after school, Father always offered to drive me there. When I squeezed out of the school doors, I always saw Father's tiny figure far down the hillside of the school, waving at me.

It hurts to write about him in the past tense.

I feel useless whenever I think of his bent back, walking away from me in his cheap pajama pant on May 8th. It was always him who watched my back getting farther; I was used to seeing his gentleman-smile *facing* me whenever I turned my head – not *away* from me. To be honest, I never felt that my childhood lacks a father's love. Father's days in his office chair and nights in his sleeping bag on his office floor marked his physical absence in my early childhood, but they also nurtured my carefree innocence and made me valued more of the time we got. Fayetteville fulfilled my childhood dreams of seeing Father every day, grabbing him to my parent-teacher conference, listening to him reading storybooks, shopping for groceries with him, and eating fried, always burnt food cooked by him.

I pray for a future where I can grab him to beautiful places around the world, listen to his endless repetitive speeches, shop non-discounted clothes for him, eat unburnt food cooked by me together, see his gentleman-smile again, and take over the weight on his bent shoulders.

Thank you, Your Honor, for listening to a daughter's words from the deepest region in her heart unspoken to her father.


Sincerely,

*[signature]*

Shi Yin (Lily) Hong



EXHIBIT 24

John Kenneth George

Fayetteville, AR 72703

Phone Number:

Email:

Date: March 11th, 2022

To: The Honorable Judge Timothy Brooks

United States District Court Judge

Your honor:

I, John "Kenny" George, am writing this letter to you regarding Simon Ang. I have known Simon Ang for 8 years and first met him as an undergraduate student at the University of Arkansas. He struck me immediately as being more kind, easy-going, and generally more approachable than most of the faculty I had encountered. It is his nature that kept me engaged in his courses and ultimately drove me to seek him out as my advisor for my doctoral studies and research. I was shocked to learn of the case Simon is presently involved in - this is not aligned with the character of Simon Ang whom I have studied under, worked with, and ultimately befriended.

Simon Ang was an excellent professor to me and my fellow students. I recall many occasions in which we (his students) would request additional help in completing homework assignments or understanding the material prior to exams. Simon was always willing to meet outside of his standard office hours or take phone calls at all hours of the day. He was truly the first professor I could count on to respond to requests for support during my undergraduate studies. My fellow students recall him fondly for this reason along with his jovial demeanor and his direct, yet gentle feedback.

I had opportunities to pursue my graduate studies anywhere I chose through my National Science Foundation Graduate Research Fellowship - a $138,000 award over 3 years. However, I had come to trust and respect Simon Ang as a technical and professional mentor. I knew I wanted to work with someone who treated me like a human being and not "cheap labor" to drive his own research. In the four years I was advised by Simon in my doctoral studies and research he demonstrated time and time again that I had made the right choice in choosing to stay at the University of Arkansas under his tutelage. He was gracious on deadlines for research work when I purchased a house and was dealing with the additional life stress. He took special

interest in my family's well-being and was always checking in to see how my wife and daughter were getting along and emphasized many times that family was most important and that any work I was doing for him or for my classes could always be adjusted such that my family got the time they needed from me. Simon also gave me opportunities to contribute to my field of research in ways I never would have thought possible. For example, he put a great deal of trust in me by recruiting me to be an editorial reviewer for the IEEE Transactions on Power Electronics Journal during his time as Associate Editor. Having put forth many papers for journal review myself, it was an enriching experience to have a seat on the other side of the table and learn how to be a discerning, yet constructive reviewer myself.

In the final stretch of my graduate school career, as I was approaching the defense of my dissertation, Simon Ang made himself available all hours of the day to provide quick feedback on my writing and was always sure to offer words of encouragement. The PhD journey is one rife with tight deadlines, high expectations, and self-doubt. I honestly do not know if I could have withstood the immense pressure during those last few months were it not for the trust and confidence Simon fueled in me through his kindness and calm approach to mentorship.

It is my sincere hope that this letter be taken into consideration at the time of sentencing. Despite the current case, I still hold firm in my belief that Simon Ang is an upstanding individual, a wonderful mentor, and a genuinely good person.

Sincerely,

*[signature]*

John "Kenny" George